IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**GREGORY DUANE DEES**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 3:21-CV-3017**

**SHERIFF TIM ROBERSON,**
Boone County, Arkansas;
**DEPUTY DUSTY MORGAN; and**
**FORMER SHERIFF MIKE MOORE**                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 54) filed in this case on July 26, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITH PREJUDICE** based on Plaintiff's failure to prosecute this case, obey the orders of the Court, and comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 7th day of September, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE